**JOHN L. BURRIS, Esq., SBN 69888**
**BEN NISENBAUM, Esq., SBN 222173**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LOFTIN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>NAPA COUNTY, a municipal corporation; DANIEL LICHAU, individually and in his official capacity as a Sheriff Deputy for the NAPA COUNTY SHERIFF DEPARTMENT; MICHAEL MILAT, individually and in his official capacity as a Sheriff Deputy for the NAPA COUNTY SHERIFF DEPARTMENT; JAMES KASPER, individually and in his official capacity as a Sheriff Deputy for the NAPA COUNTY SHERIFF DEPARTMENT; and DOES 1-50, inclusive.<br><br>        Defendants. | CASE NO.: 4:18-cv-01825-HSG<br><br>**STIPULATION AND ORDER TO SET CASE SCHEDULING DATES**<br><br><br>**HONORABLE JUDGE GILLIAM** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that the Court set the following case scheduling dates:

| Activity | Proposed Date |
| --- | --- |
| Fact Discovery cutoff | December 14, 2018 |
| Expert Disclosures | January 11, 2019 |
| Rebuttal Expert Disclosure | January 25, 2019 |
| Expert Discovery Cutoff | February 8, 2019 |
| Last Day for Hearing Dispositive Motions | May 23, 2019 |
| Pre-Trial Conference | July 23, 2019 |
| Trial | August 19, 2019 |

LAW OFFICES OF JOHN L. BURRIS

DATED: July 12, 2018      By:      /s/
Patrick Buelna
Attorney for Plaintiffs

DATED: July 12, 2018      By:      /s/
Dale Allen
Attorney for Defendants

IT IS SO ORDERED.

DATED: July 12, 2018      _____
HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.

Loftin v Napa County, et al.                                                    Stipulation and Order to Set Case Scheduling Dates
Case No. 4:18-cv-01825-HSG                    -2-