**JOHN L. BURRIS, Esq., SBN 69888**
**BEN NISENBAUM, Esq., SBN 222173**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LOFTIN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA, et al.,<br><br>Defendants. | No. 4:18-cv-01825-HSG<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:

    Plaintiff Clarence Loftin and Defendants Napa County, Daniel Lichau, Michael Milat, and James Kasper hereby stipulate that the action shall be dismissed with prejudice as to all parties pursuant to Federal Rules of Civil Procedure, Rule 41(1)(A)(ii). All parties to bear their own fees and costs.

STIPULATION FOR DISMISSAL - Case No. 4:18-cv-01825-HSG

1

| | | |
|---|---|---|
| DATED: January 7, 2019 | | LAW OFFICES OF JOHN L. BURRIS |

By: */s/ Patrick Buelna*
Attorney for Plaintiffs

DATED: January 7, 2019

By: */s/ Dale Allen*

Attorneys for Defendants

IT IS SO ORDERED.

DATED: 1/7/2019

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE